**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard Andrews Reeves Sr.<br>Sheryl Gillis Reeves<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-14498 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

> Respectfully submitted,
> **/s/ Rebecca A. Solarz, Esq**
> Rebecca A Solarz, Esquire
> KML Law Group, P.C.
> 701 Market Street, Suite 5000
> Philadelphia, PA 19106-1532
> (215) 627-1322