UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Richard Andrew Reeves, Sr.<br>Sheryl Gillis Reeves<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy No. 19-14498-amc |
|---|---|

## ORDER

AND NOW, upon consideration of the Debtors' Application for Extension of Time to File Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY ORDERED that the Debtor is granted an extension of time, to August 28, 2019, in order to file the schedules, Chapter 13 Plan and statements required to be filed by National Bankruptcy Rule 1007.

**Date: August 7, 2019**

BY THE COURT:

_____
**United States Bankruptcy Judge**

**Michael D. Hess, Esquire**
**Burke & Hess**
**1672 Manheim Pike**
**Lancaster, PA  17601**
**Counsel for the Debtors**

**William C. Miller**
**Chapter 13 Trustee**
**1234 Market Street**
**Suite 1813**
**Philadelphia, PA 19106**

**United States Trustee**
**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**