```
ALLEGHENY EAST CONFERENCE        PAYROLL REPORT        6/25/2019    73830

P.O. BOX 266
PINE FORGE, PA  19548


                                          PLEASE RETAIN FOR YOUR RECORDS!

   SHERYL G. REEVES                         ACCOUNT: *********8353
   208 WINDY HILL ROAD
   COATESVILLE, PA    19320              $1,170.60 deposited  6/28/2019


   PAYMENTS         CURRENT      Y.T.D.    DEDUCTIONS        CURRENT      Y.T.D.

REGULAR PAY       1,712.00    20,544.00   H-CARE PREMIUM      28.28      339.36
ERI COST OF LIV     295.09     3,541.08   AFLAC               98.70    1,334.33
                                          HARTFORD AD&D        3.37       40.44
                                          HARTFORD LIFE       11.25      132.66
                                          TITHE              220.00    2,640.00
                                          LST-BOYERTWN TX      2.17       26.04
                                          TSA-NORTHERN LF     30.00      360.00
                                          BOYERTOWN EIT       20.07      240.84
                                          PA TAXES WITHLD     61.62      739.44
                                          FED TAXES WTHLD    207.50    2,490.00
                                          SOC SEC WITHLD     124.43    1,493.27
                                          MEDICARE WITHLD     29.10      349.23


TOTAL PAYMENTS:   2,007.09                TOTAL DEDUCTIONS:   836.49

PAY RATE: %  76.00
          **********   PAY PERIOD:  6/16/2019 thru  6/30/2019     $1,170.60  NET PA
```

ALLEGHENY EAST CONFERENCE                PAYROLL REPORT           6/05/2019   73830

P.O. BOX 266
PINE FORGE, PA  19548

PLEASE RETAIN FOR YOUR RECORDS!

SHERYL G. REEVES                              ACCOUNT: *********8353
208 WINDY HILL ROAD                       $1,411.24 deposited  6/14/2019
COATESVILLE, PA    19320

| PAYMENTS | CURRENT | Y.T.D. | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|
| REGULAR PAY | 1,712.00 | 18,832.00 | H-CARE PREMIUM | 28.28 | 311.08 |
| SP TRV-TOLLS/PK | 6.00 | 6.00 | AFLAC | 98.70 | 1,235.63 |
| SP TRV-LODGING | 745.15 | 1,390.15 | HARTFORD AD&D | 3.37 | 37.07 |
| SP TRV-MEALS | 250.00 | 450.00 | HARTFORD LIFE | 11.25 | 121.41 |
| SP TRV-RENTAL | 84.50 | 84.50 | TITHE | 220.00 | 2,420.00 |
| ERI COST OF LIV | 295.09 | 3,245.99 | A/R DEDUCTION | 845.00 | 1,690.00 |
| | | | LST-BOYERTWN TX | 2.17 | 23.87 |
| | | | TSA-NORTHERN LF | 30.00 | 330.00 |
| | | | BOYERTOWN EIT | 20.07 | 220.77 |
| | | | PA TAXES WITHLD | 61.62 | 677.82 |
| | | | FED TAXES WTHLD | 207.50 | 2,282.50 |
| | | | SOC SEC WITHLD | 124.44 | 1,368.84 |
| | | | MEDICARE WITHLD | 29.10 | 320.13 |

TOTAL PAYMENTS: 3,092.74                     TOTAL DEDUCTIONS: 1,681.50

PAY RATE: % 76.00                                                  $1,411.24  NET PA
    **********       PAY PERIOD: 5/31/2019 thru 6/15/2019

```
ALLEGHENY EAST CONFERENCE          PAYROLL REPORT     5/28/2019    73830

P.O. BOX 266
PINE FORGE, PA   19548


                                          PLEASE RETAIN FOR YOUR RECORDS!


SHERYL G. REEVES
208 WINDY HILL ROAD                       ACCOUNT: *********8353
COATESVILLE, PA       19320               $1,170.59 deposited  5/30/2019


   PAYMENTS       CURRENT      Y.T.D.     DEDUCTIONS       CURRENT      Y.T.D.

REGULAR PAY      1,712.00   17,120.00   H-CARE PREMIUM      28.28      282.80
ERI COST OF LIV    295.09    2,950.90   AFLAC               98.70    1,136.93
                                        HARTFORD AD&D        3.37       33.70
                                        HARTFORD LIFE       11.25      110.16
                                        TITHE              220.00    2,200.00
                                        LST-BOYERTWN TX      2.17       21.70
                                        TSA-NORTHERN LF     30.00      300.00
                                        BOYERTOWN EIT       20.07      200.70
                                        PA TAXES WITHLD     61.62      616.20
                                        FED TAXES WTHLD    207.50    2,075.00
                                        SOC SEC WITHLD     124.44    1,244.40
                                        MEDICARE WITHLD     29.10      291.03


TOTAL PAYMENTS:  2,007.09               TOTAL DEDUCTIONS:   836.50

PAY RATE: %  76.00
        **********      PAY PERIOD: 5/16/2019 thru  5/30/2019    $1,170.59  NET PA
```

ALLEGHENY EAST CONFERENCE          PAYROLL REPORT      5/09/2019    73830

P.O. BOX 266
PINE FORGE, PA  19548

PLEASE RETAIN FOR YOUR RECORDS!

SHERYL G. REEVES
208 WINDY HILL ROAD                     ACCOUNT: *********8353
COATESVILLE, PA    19320            $1,170.58 deposited  5/15/2019

| PAYMENTS | CURRENT | Y.T.D. | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|
| REGULAR PAY | 1,712.00 | 15,408.00 | H-CARE PREMIUM | 28.28 | 254.52 |
| SP TRV-LODGING | 645.00 | 645.00 | AFLAC | 98.70 | 1,038.23 |
| SP TRV-MEALS | 200.00 | 200.00 | HARTFORD AD&D | 3.37 | 30.33 |
| ERI COST OF LIV | 295.09 | 2,655.81 | HARTFORD LIFE | 11.25 | 98.91 |
| | | | TITHE | 220.00 | 1,980.00 |
| | | | A/R DEDUCTION | 845.00 | 845.00 |
| | | | LST-BOYERTWN TX | 2.17 | 19.53 |
| | | | TSA-NORTHERN LF | 30.00 | 270.00 |
| | | | BOYERTOWN EIT | 20.07 | 180.63 |
| | | | PA TAXES WITHLD | 61.62 | 554.58 |
| | | | FED TAXES WTHLD | 207.50 | 1,867.50 |
| | | | SOC SEC WITHLD | 124.44 | 1,119.96 |
| | | | MEDICARE WITHLD | 29.11 | 261.93 |

TOTAL PAYMENTS:  2,852.09                TOTAL DEDUCTIONS:  1,681.51

PAY RATE: %  76.00
  ***********     PAY PERIOD: 5/01/2019 thru 5/15/2019     $1,170.58 NET PA