# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14498-AMC

RICHARD ANDREW REEVES SR.
SCHERYL GILLIS REEVES
208 WINDY HILL ROAD

COATESVILLE, PA 19320-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RICHARD ANDREW REEVES SR.
    SCHERYL GILLIS REEVES
    208 WINDY HILL ROAD

    COATESVILLE, PA 19320-

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. HESS
    BURKE & HESS
    1672 MANHEIM PK
    LANCASTER, PA 17601-

Date: 10/1/2019

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee