**UNITED STATES BANKRUTPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **INRE:** | **:** | **Chapter 13** |
| **Richard Andrew Reeves, Sr.** | **:** | |
| **Sheryl Gillis Reeves** | **:** | |
| | **:** | **Bankruptcy No. 19-14498-amc** |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Date: <u>October 7, 2019</u>             <u>/s/ Michael D. Hess</u>
                                          Michael D. Hess, Esq.
                                          Attorney for Debtor(s)