**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 19-14498-amc |
| Richard Andrew Reeves, Sr. | : | |
| Sheryl Gillis Reeves | : | |
| Debtor(s) | : | CHAPTER 13 |
| LSF9 Master Participation Trust | : | |
| Movant | : | |
| v. | : | |
| Richard Andrew Reeves, Sr. | : | |
| Sheryl Gillis Reeves | : | |
| Respondents | : | |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned, Linda M. McGaw hereby certifies that a true and correct copy of Response to Motion of LSF9 Master Participation Trust For Relief from the Automatic Stay under §362 Pursuant to Bankruptcy Procedure Rule 4001 was served upon the following by electronic means, or on October 24, 2019, by First Class United States Mail, postage prepaid:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Jerome Blank, Esq.
c/o Phelan Hallinan Diamond & Jones, LLP
1617 JFK Blvd., Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103