United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard Andrew Reeves, Sr.
Sheryl Gillis Reeves
    Debtors

Case No. 19-14498-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 2        Date Rcvd: Nov 05, 2019
                        Form ID: pdf900      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
```
db/jdb         +Richard Andrew Reeves, Sr.,    Sheryl Gillis Reeves,    208 Windy Hill Road,
                 Coatesville, PA 19320-4100
14358409       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14378397        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14362615       +Bayview Loan Servicing LLC,,    a Delaware Limited Liability Company,
                 c/o Rebecca A. Solarz, Esq.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14358410       +Caliber Home Loans, Inc.,    PO Box 24610,    Oklahoma City, OK 73124-0610
14358411       +Citifinancial,    605 Munn Road E,    Fort Mill, SC 29715-8421
14358415        Gateway Medical Associates,    PO Box 329,    Exton, PA 19341-0329
14358416       +Levin Luminais Chronister Eye Assoc.,    3000 CG Zinn Road,    Thorndale, PA 19372-1134
14392033        Lsf9 Master Participation Trust,    C/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14358418       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
14358419       +Shapiro & Denardo LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 06 2019 03:26:36     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2019 03:26:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 06 2019 03:26:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14387789       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 06 2019 03:26:35
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14358412       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 06 2019 03:26:49
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
14358413       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 06 2019 03:26:49
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14358414       +E-mail/Text: bankruptcy@fult.com Nov 06 2019 03:26:52     Fulton Bank,    1695 State Street,
                 East Petersburg, PA 17520-1328
14392538       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 06 2019 03:26:51
                 LSF9 MASTER PARTICIPATION TRUST,    c/o Caliber Home Loans,    13801 Wireless Way,
                 Oklahoma City  OK 73134-2500
14358417       +E-mail/PDF: cbp@onemainfinancial.com Nov 06 2019 03:30:44     One Main Financial,
                 6801 Colwell Blvd.,    Irving, TX 75039-3198
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    Lsf9 Master Participation Trust paeb@fedphe.com
              MICHAEL D. HESS    on behalf of Joint Debtor Sheryl Gillis Reeves amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Debtor Richard Andrew Reeves, Sr. amburke7@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Virginia           Page 2 of 2                  Date Rcvd: Nov 05, 2019
                              Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Lsf9 Master Participation Trust paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                  TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD ANDREW REEVES SR.<br>SCHERYL GILLIS REEVES | Chapter 13 |
| Debtor | Bankruptcy No. 19-14498-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 5, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. HESS
BURKE & HESS
1672 MANHEIM PK
LANCASTER, PA 17601-

Debtor:
RICHARD ANDREW REEVES SR.
SCHERYL GILLIS REEVES
208 WINDY HILL ROAD

COATESVILLE, PA 19320-